# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE )
                              )
                              )      Def. I.D. # 1506014357
      v.                    )
                              )
                              )
STEVEN KELLAM, )
                              )
     Defendant.          )

Submitted: July 23, 2024
Decided: July 26, 2024

*Upon Defendant's Motion to Modify Sentence*

## STAYED PENDING APPEAL

## <u>ORDER</u>

Kathryn Garrison, Esquire and Martin Cosgrove, Esquire, Deputy Attorneys General, Department of Justice, 13 The Circle, Georgetown, DE 19947; Attorneys for State of Delaware.

Zachary A. George, Esquire and Angelica Mamani, Esquire, Hudson Jones Jaywork & Fisher, LLC, 225 South State Street, Dover, DE 19901; Attorneys for Defendant Steven Kellam.

**JONES, J.**

On July 23, 2024, Steven Kellam ("Mr. Kellam") filed a Motion to Modify Sentence (the "Motion to Modify")[1] in this Court. The Motion to Modify hereby is stayed pending resolution of the Delaware Supreme Court's review of his appeal of his Rule 61 Petition.

**IT IS SO ORDERED**.

/s/ Francis J. Jones
Francis J. Jones

cc: Prothonotary
   Patrick J. Collins, Esquire

---

[1] Under Super. Ct. Crim. R. 35(b).